

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BROWNING FAMILY MINERAL PARTNERSHIP, HOLLIS M. BROWNING AND BILL T. BROWNING, | § | No. 08-24-00006-CV |
| | § | Appeal from the |
| Appellants, | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| CALLAHAN DRAW, LLC, RUDD F. OWEN, ROSS G. OWEN, JEFFRE OWEN LITTLETON, AND DAYNA OWN WHITE, | § | (TC#23-04-024722-CVR) |
| | § | |
| Appellees. | § | |

## **MEMORANDUM OPINION**

Before the Court is Appellants' joint motion to voluntarily dismiss this cause. The motion states Appellants Browning Family Mineral Partnership, Hollis M. Browning, and Bill T. Browning no longer wish to pursue their appeal. The motion to dismiss is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellants. *See* TEX. R. APP. P. 42.1(d).

GINA M. PALAFOX, Justice

February 9, 2024

Before Alley, C.J., Palafox and Soto, JJ.